HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BEN BANKS, III, | Case No: 2:13-cv-01331-DAD |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (60) days up through and including Wednesday, February 5, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before March 7, 2014. This extension is

/////

necessitated by the number of cases (8) the firm presently has pending before this and other district courts that require briefing.

BENJAMIN B. WAGNER
United States Attorney

*Authorization granted by*
*Lorna Li, Supervisory Attorney*

Dated: December 5, 2013        */s/JEFFREY CHEN*
JEFFREY CHEN
Special Assistant U.S. Attorney
Social Security Administration

Dated: December 5, 2013        */s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
BEN BANKS, III

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: December 5, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\banks1331.stip.eot.ord.doc

2