HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BEN BANKS, III, | ) No: 2:13-cv-01331-DAD |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a second extension of time of (30) days up through and including Monday, March 10, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before April 7, 2014. This extension is necessitated

/////

by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

                 BENJAMIN B. WAGNER
                 United States Attorney

Dated: February 3, 2014           */s/JEFFREY CHEN*
                 JEFFREY CHEN
                 Special Assistant U.S. Attorney
                 Social Security Administration

Dated: February 3, 2014           */s/HARVEY P. SACKETT*
                 HARVEY P. SACKETT
                 Attorney for Plaintiff
                 BEN BANKS, III

## **ORDER**

  Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  February 4, 2014

                 DALE A. DROZD
                 UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\banks1331.stip.eot2.doc