1  HARVEY P. SACKETT
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  Attorney for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                        SACRAMENTO DIVISION
11

12 | BEN BANKS, III,                    )  No.: 2:13-cv-01331 DAD
                                        )
13 |        Plaintiff,                  )
                                        )
14 | v.                                 )  STIPULATION AND ORDER FOR
                                        )  DISMISSAL
15 | CAROLYN W. COLVIN,                 )
   | Acting Commissioner,               )
16 | Social Security Administration,    )
                                        )
17 |        Defendant.                  )
18 |_____)

19

20         Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this

21 matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's

22 fees and costs.

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////


STIPULATION AND PROPOSED ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
|   | *Authorization granted by*<br>*Michael Marriott* |
| Dated: March 10, 2014 | */s/JEFFREY CHEN*<br>JEFFREY CHEN<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for the Defendant |
| Dated:  March 11, 2014 | */s/HARVEY P. SACKETT*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>BEN BANKS, III |

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 11, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\banks1331.stip.dism.ord.doc

STIPULATION AND PROPOSED ORDER FOR DISMISSAL